NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES ALSTON,**
*Petitioner,*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2010-3007

---

Petition for review of an arbitrator's decision in BW-2009-R-0004, by Barry E. Shapiro.

---

**JUDGMENT**

---

JAMES W. RICHARD, II, AGE, Local 1923, of Baltimore, Maryland, argued for petitioner.

SCOTT D. AUSTIN, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director. Of counsel on the brief was APARNA V. SRINIVASAN, Attorney, Office of the General Counsel, Social Security Administration, of Baltimore, Maryland.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 July 21, 2010 
Date

 /s/ Jan Horbaly 
Jan Horbaly
Clerk